BERTRAM R. SMITH et al., Appellants, *v.* WESTERN UNION TELEGRAPH COMPANY et al., Respondents.

Argued January 17, 1951; decided March 8, 1951.

*Edward R. Finch, Osmond K. Fraenkel, Arthur Garfield Hays, Seymour M. Heilbron, John Schulman* and *Irwin Karp* for appellants.

*Timothy N. Pfeiffer* and *Rebecca M. Cutler* for Western Union Telegraph Company, respondent.

*John H. Waters, Clarence W. Roberts* and *William G. H. Acheson* for Gold and Stock Telegraph Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.